**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SOCIETY INSURANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 21 CV 05551 |
| ) | |
| BANGKOK VIDEO AND GROCERY INC., ) | |
| d/b/a Gorilla Sushi Bar on Clark, Gorilla Sushi, ) | |
| an Illinois corporation, and JOHN DALY. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff SOCIETY INSURANCE and Defendant BANGKOK VIDEO AND GROCERY INC., through their respective attorneys as follows:

1. All matters in controversy have been resolved;

2. This case shall be dismissed in its entirety without prejudice and with leave to reinstate on or before December 15, 2022, and if no motion to reinstate is filed by December 15, 2022, the dismissal shall automatically convert to with prejudice without any further action by the Court;

3. The Parties to bear their own costs.


| | |
|---|---|
| /s/ Larry D. Drury | /s/ Michael D. Sanders |
| Larry D. Drury, Esq. | Michael D. Sanders, Esq. |
| LARRY D. DRURY, LTD.. | PURCELL & WARDROPE, CHTD. |
| 100 North LaSalle Street | 33 N. Dearborn Street |
| Suite 1500 | Suite 1430 |
| Chicago, IL 60602 | Chicago, IL 60602 |
| Attorney for Bangkok Video and Grocery | Attorney for Society Insurance |